■ In the Matter of CARLOS ABREU, Appellant, v SARAH HICKS, as Director of the Behavioral Housing Unit of Great Meadow Correctional Facility, et al., Respondents. [936 NYS2d 922]—

Mercure, A.P.J., Rose, Malone Jr., Kavanagh and McCarthy, JJ., concur. Ordered that the judgment is affirmed, without costs.